

# Fourth Court of Appeals
## San Antonio, Texas

July 2, 2018

No. 04-18-00379-CV

**THE STATE OF TEXAS,**
Appellant

v.

**ONE MILLION SEVEN HUNDRED ELEVEN THOUSAND SIXTY-ONE DOLLARS AND SEVENTY-NINE CENTS** ($1,711,061.79) In U.S. Currency, Elgin Watch, Rope Necklace, ID Bracelet, Two (2) Costume Jewelry Rings, and Five (5) Silver Bars,
Appellee-s

From the 49th Judicial District Court, Zapata County, Texas
Trial Court No. 10,242
Honorable Susan D. Reed, Judge Presiding

# O R D E R

Sitting:    Sandee Bryan Marion, Chief Justice
Luz Elena D. Chapa, Justice
Irene Rios, Justice

Appellees' motion to dismiss for want of jurisdiction is denied.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 2nd day of July, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court